# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 99-4340

———————

| | | |
|---|---|---|
| Lynette L. McClain, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Kenneth S. Apfel, Commissioner, | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: February 27, 2001
Filed: March 2, 2001

———————

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Lynette L. McClain appeals the district court's[1] decision upholding the Commissioner's denial of her applications for disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. See 8th Cir. R. 47B.

———————————

[1] The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.